1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA

10
11  ZURICH AMERICAN INSURANCE COMPANY,    Case No. 2:23-cv-06735-WLH-AGRx
12        Plaintiff,    **JUDGMENT**
13  v.
14  MATRIX ENVIRONMENTAL, INC.,
15  and DOES 1 to 10, inclusive,
16        Defendants.
17

The Motion for Default Judgment (Dkt. 28) ("Motion for Default Judgment") filed by Plaintiff Zurich American Insurance Company, came before the Hon. Judge Wesley L. Hsu. Appearances, if any, were as noted on the record.

After reviewing the submitted documents, and good cause appearing therefore, Judgment is hereby entered in favor of Plaintiff Zurich American Insurance Company ("Plaintiff") and against Matrix Environmental, Inc. ("Defendant"), as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of Plaintiff Zurich American Insurance Company and against Defendant Matrix Environmental, Inc. in the total amount of $1,220,247.97, comprised of principal in the amount of $1,074,208.00, prejudgment interest at the rate of ten percent (10%) per annum through March 28, 2025 in the amount of $145,390.97, and recoverable costs in the amount of $649.00.

**THE CLERK IS ORDERED TO ENTER THE JUDGMENT AND CLOSE THE CASE**.

Dated: March 27, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE